JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRITEK CIRCUIT PRODUCTS, INC.; and STEVEN P. KENNEY,<br><br>Plaintiffs,<br><br>v.<br><br>MACDERMID, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.   8:20-cv-01222-JLS-DFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

This cause is before the Court upon the Parties' Stipulation for Dismissal. The Court has reviewed and considered said Stipulation and, being advised on its premises, now **ORDERS** that the above-entitled action shall be and is hereby **DISMISSED** in its entirety, **WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs in this action.

**SO ORDERED.**

DATED: October 7, 2020

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE